UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEANNA BURTON; DEANA BURTON;               :
GLORIA BUTLER; JOHN CADO; NATHAN           :
CAIN; ANTHONY CALDERONE; CONNIE            :
CALDWELL; MARGARET CALLENDER;              :
JOAN CANDELLA; EDITH CARLIN; MARY          :
JANE CARO; GREG CARRUTH; SONDRA            :
CATALINOTTO; ARTHUR CAUSEY; KAREN          :
CHADWICK; TRACY CHAPA; BRENDA              :
CHARLES; NELLIE CHAUFFE; ANNA              :
CHENAULT; AGNES CHERAMINE,                 :
                                           :
          Plaintiffs,                      :        Civil Action
v.                                         :        No. 04-11210-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A       :
INTERNEURON PHARMACEUTICALS, INC.;         :
WYETH, INC., F/K/A AMERICAN HOME           :
PRODUCTS CORPORATION; WYETH                :
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A            :
DIVISION OF AMERICAN HOME PRODUCTS         :
CORPORATION; AND BOEHRINGER                :
INGELHEIM PHARMACEUTICALS, INC.,           :
                                           :
          Defendants.                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 24, 2004                                     Respectfully submitted,
      Boston, Massachusetts

                                                /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
Of Counsel:                                              One Beacon Street
Barbara Wrubel                                           Boston, Massachusetts 02108
Katherine Armstrong                                      (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                           Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.